# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

130602

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHARLES G. ADAMS,
          Plaintiff-Appellant,

v

BOARD OF STATE CANVASSERS,
SECRETARY OF STATE and the
MICHIGAN CIVIL RIGHTS INITIATIVE
COMMITTEE,
          Defendants-Appellees.

SC: 130602
COA: 268616

_____/

On order of the Court, because the Court of Appeals has issued its March 30, 2006 order in this case, the application for leave to appeal prior to decision by the Court of Appeals is treated as an application for leave to appeal from that decision. The application is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

p0424